NACMIAS
LAW FIRM
PLLC

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

September 29, 2023

Hon. Lewis J. Liman
United States District Judge
Thurgood Marshall Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

9/29/2023

Re:     *VOLFMAN v. TIMONI INC., et al.*
        **DOCKET NO. 1:23-cv-05282**

Dear Judge Liman:

This office represents Joseph Volfman in the above-referenced matter. I write in response to Your Honor's Order to Show Cause dated September 28, 2023, and to inform Your Honor that service was effectuated on July 5, 2023. We just received a copy of the affidavit of service and apologize for failing to file it sooner. A copy of the affidavit of service is being filed along with this letter.

Further, the defendants are in default as they have failed to interpose a timely response to the complaint. Accordingly, the undersigned respectfully requests 30 days to contact the defendants before proceeding with default judgment.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057