

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

October 6, 2023

Hon. Lewis J. Liman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   *Volfman v. Timoni, Inc., et. al.***
**   *Case No.: 23 CV 05282(LJL)***

Dear Judge Liman,

I was recently retained to represent Timoni, Inc. d/b/a Tre Giovani, a Defendant in the above referenced matter.

I write, jointly with Plaintiff's counsel, to request a 30-day extension of time to respond to the Complaint. The extension will also allow the parties to continue settlement discussions.  The Plaintiff consents to this request. This is Defendant's first request for such extension.

I thank the Court for its consideration.

Respectfully submitted,

*Louis V. Fasulo*

Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@Fgdmlaw.com

Cc:   Andre Autz, Esq. (via ECF)

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1